**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: ZAIS, RONALD C.                §    Case No. 11-12867
       ZAIS, PAULETTE T.             §
                                  §

Debtor(s)                                     §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

      Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
DEBORAH K. EBNER                              , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

      The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
      219 S. Dearborn St., 7th Floor, Chicago, IL 60604

      Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 10:00am on 04/30/2013 in Courtroom 744, United States Courthouse,
219 S. Dearborn St., 7th Floor, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

      Date Mailed:  03/15/2013          By:   /s/DEBORAH K. EBNER
                                              Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: ZAIS, RONALD C. | § | Case No. 11-12867 |
| ZAIS, PAULETTE T. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 27,786.42 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of* [1] | $ | 27,786.42 |

**Balance on hand:**          $          27,786.42

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:     $          0.00
Remaining balance:     $          27,786.42

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K EBNER | 3,528.64 | 0.00 | 3,528.64 |

Total to be paid for chapter 7 administration expenses:     $          3,528.64
Remaining balance:     $          24,257.78

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | | None | |

Total to be paid for prior chapter administrative expenses:     $          0.00
Remaining balance:     $          24,257.78

1 The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $147,018.39 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------:|-------------------------:|-----------------:|
| 1P | Illinois Department of Revenue | 1,048.02 | 0.00 | 172.92 |
| 10P | Internal Revenue Service | 143,202.54 | 0.00 | 23,628.17 |
| 13P | Illinois Department of Revenue | 2,767.83 | 0.00 | 456.69 |

Total to be paid for priority claims: $    24,257.78

Remaining balance: $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 113,203.82 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------:|-------------------------:|-----------------:|
| 1U | Illinois Department of Revenue | 1,072.58 | 0.00 | 0.00 |
| 2 | FIA CARD SERVICES, N.A. | 8,505.08 | 0.00 | 0.00 |
| 3 | FIA CARD SERVICES, N.A. | 1,114.14 | 0.00 | 0.00 |
| 4 | FIA CARD SERVICES, N.A. | 11,199.64 | 0.00 | 0.00 |
| 5 | FIA CARD SERVICES, N.A. | 482.91 | 0.00 | 0.00 |
| 6 | FIA CARD SERVICES, N.A. | 40,783.52 | 0.00 | 0.00 |
| 7 | Quantum3 Group LLC agt for World Financial Network Natl Bank | 952.53 | 0.00 | 0.00 |
| 8 | Quantum3 Group LLC agt for World Financial Network Natl Bank | 194.31 | 0.00 | 0.00 |
| 9 | American Express Centurion Bank | 9,783.67 | 0.00 | 0.00 |
| 10U | Internal Revenue Service | 17,264.08 | 0.00 | 0.00 |
| 11 | NORDSTROM fsb | 2,968.43 | 0.00 | 0.00 |
| 12 | Portfolio Recovery Associates, LLC | 18,606.23 | 0.00 | 0.00 |
| 13U | Illinois Department of Revenue | 276.70 | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| Total to be paid for timely general unsecured claims: | | $ | 0.00 |
| Remaining balance: | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 2,274.91 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | Capital One, N.A. (Bon Ton) | 344.29 | 0.00 | 0.00 |
| 15 | Capital One, N.A. (Best Buy Co., Inc.) | 1,930.62 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/DEBORAH K. EBNER

_____

Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-12867-ERW
Ronald C. Zais                                                          Chapter 7
Paulette T. Zais
      Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: wepps              Page 1 of 3              Date Rcvd: Mar 18, 2013
                             Form ID: pdf006          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2013.
```
db/jdb     +Ronald C. Zais,   Paulette T. Zais,   2143 W. Warner Avenue,   Chicago, IL 60618-3031
17030444    American Express,   PO Box 297871,   Fort Lauderdale, FL 33329-7871
18579001    American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17030448    Bank of America,   4060 Ogletown Stan,   Mail Code DE5-019,   Newark, DE 19713
17030450   +Capital One,   P.O. Box 5294,   Carol Stream, IL 60197-5294
19972958   +Capital One, N.A. (Best Buy Co., Inc.),   c/o Bass & Associates, P.C.,
             3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
19972129   +Capital One, N.A. (Bon Ton),   c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
             Tucson, AZ 85712-1083
17030451    Chase,   PO Box 15298,   Wilmington, DE 19850-5298
17030452    Chase / BP,   PO Box 15298,   Wilmington, DE 19850-5298
17030453   +Citi Shell,   P.O. Box 22066,   Tempe, AZ 85285-2066
17030455   +Exxon Mobil,   P.O. Box 6497,   Sioux Falls, SD 57117-6497
18519154    FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
17030459    IL Department Employment Security,   P.O. Box 3637,   Springfield, IL 62708-3637
17835187    Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
17030460    Internal Revenue Service,   P.O. Box 9812,   Holtsville, NY 11742-9012
17030463   +Nationwide Credit,   1150 E. University,   Tempe, AZ 85281-8674
17030466   +PNC Bank,   5247 N. Broadway,   Chicago, IL 60640-2303
18758382   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
            (address filed with court: Portfolio Recovery Associates, LLC,   (Capital One Bank, N.a.),
             POB 41067,   Norfolk VA 23541)
17030467   +Shatkin Arbor, LLC,   141 W. Jackson Street Suite 300,   Chicago, IL 60604-3123
17030469   +Target National Bank,   P.O. Box 673,   Minneapolis, MN 55440-0673
17030470   +US Dept of Education,   P.O. Box 5609,   Greenville, TX 75403-5609
17030471   +Visa,   9111 Duke Boulevard,   Mason, OH 45040-8999
17030472   ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
            ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
            (address filed with court: Wells Fargo Home Mortgage,   8480 Stagecoach Circle,
             Frederick, MD 21701)
17030473   +WFNNB / The Buckle,   P.O. Box 182273,   Columbus, OH 43218-2273
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17030456    +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2013 02:24:16    GEMB / The Gap,   P.O. Box 981400,
             El Paso, TX 79998-1400
17030457    +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2013 02:23:23    GEMB/Dick's Sporting Goods,
             P.O. Box 981439,   El Paso, TX 79998-1439
17030462     E-mail/Text: cio.bncmail@irs.gov Mar 19 2013 02:07:47    Internal Revenue Service,
             Mail Stop 5010 CHI,   230 S. Dearborn Street,   Chicago, IL 60604
17030461     E-mail/Text: cio.bncmail@irs.gov Mar 19 2013 02:07:47    Internal Revenue Service,   POB 7346,
             Philadelphia, PA 19101-7346
18660403    +E-mail/Text: bnc@nordstrom.com Mar 19 2013 02:11:42    NORDSTROM fsb,   PO Box 6566,
             Englewood, CO 80155-6566
17030465    +E-mail/Text: bnc@nordstrom.com Mar 19 2013 02:11:42    Nordstrom,   PO Box 13589,
             Scottsdale, AZ 85267-3589
18531291     E-mail/Text: bnc-quantum@quantum3group.com Mar 19 2013 02:18:31
             Quantum3 Group LLC as agent for,   World Financial Network National Bank,   PO Box 788,
             Kirkland, WA 98083-0788                                                           TOTAL: 7
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17030468     Sue McMurray
17030449*    Bank of America,   4060 Ogletown Stan,   Mail Code DE5-019,   Newark, DE 19713
17030447*   +Bank of America,   Box 1598,   Norfolk, VA 23501-1598
17030464*   +Nationwide Credit,   1150 E. University,   Tempe, AZ 85281-8674
17030446    ##+Bank of America,   P.O. Box 17054,   Wilmington, DE 19850-7054
17030445    ##+Bank of America,   Box 1598,   Norfolk, VA 23501-1598
17030454    ##+Citimortgage,   P.O. Box 9438,   Gaithersburg, MD 20898-9438
17030458    ##HSBC Best Buy,   Beneficial National Bank,   PO Box 15521,   Wilmington, DE 19850-5521
                                                                     TOTALS: 1, * 3, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: wepps              Page 2 of 3            Date Rcvd: Mar 18, 2013
                             Form ID: pdf006           Total Noticed: 31
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 20, 2013                 Signature:     _Joseph Speetjens_

District/off: 0752-1          User: wepps               Page 3 of 3              Date Rcvd: Mar 18, 2013
                             Form ID: pdf006           Total Noticed: 31

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2013 at the address(es) listed below:
          Abraham  Brustein, ESQ    on behalf of Debtor Ronald C. Zais abrustein@dimonteandlizak.com,
            phogan@dimontelaw.com
          Abraham  Brustein, ESQ    on behalf of Joint Debtor Paulette T. Zais abrustein@dimonteandlizak.com,
            phogan@dimontelaw.com
          Deborah  Kanner Ebner    dkebner@debnertrustee.com,
            IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
            admin.assistant@debnertrustee.com
          Julia Jensen Smolka    on behalf of Debtor Ronald C. Zais jjensen@dimonteandlizak.com
          Julia Jensen Smolka    on behalf of Joint Debtor Paulette T. Zais jjensen@dimonteandlizak.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Rachael A Stokas    on behalf of Creditor   WELLS FARGO BANK, N.A. ND-Two@il.cslegal.com
                                                                                           TOTAL: 7