**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: ZAIS, RONALD C.   Case No. 11-12867
       ZAIS, PAULETTE T.

_____,   Chapter   7
                    Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $509,750.00             Assets Exempt:  $39,740.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $24,257.78      Claims Discharged
                                                 Without Payment: $455,211.34

Total Expenses of Administration: $3,528.64

---

   3) Total gross receipts of $     27,786.42    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         0.00    (see **Exhibit 2**), yielded net receipts of $27,786.42 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $626,795.37 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,528.64 | 3,528.64 | 3,528.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 65,811.36 | 147,018.39 | 147,018.39 | 24,257.78 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 311,811.00 | 115,478.73 | 115,478.73 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,004,417.73 | $266,025.76 | $266,025.76 | $27,786.42 |

4) This case was originally filed under Chapter 7 on March 29, 2011. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/26/2013          By: /s/DEBORAH K. EBNER
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Shatkin Arbor, LLC Security deposit for line of | 1129-000 | 27,786.42 |
| **TOTAL GROSS RECEIPTS** | | **$27,786.42** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 402,970.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC Bank | 4110-000 | 150,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Shatkin Arbor, LLC | 4110-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 4110-000 | 23,825.37 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$626,795.37** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K EBNER | 2100-000 | N/A | 3,528.64 | 3,528.64 | 3,528.64 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$3,528.64** | **$3,528.64** | **$3,528.64** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Illinois Department of Revenue | 5800-000 | N/A | 1,048.02 | 1,048.02 | 172.92 |
| 10P | Internal Revenue Service | 5800-000 | 64,171.00 | 143,202.54 | 143,202.54 | 23,628.17 |
| 13P | Illinois Department of Revenue | 5800-000 | N/A | 2,767.83 | 2,767.83 | 456.69 |
| NOTFILED | Internal Revenue Service | 5200-000 | 1,307.00 | N/A | N/A | 0.00 |
| NOTFILED | IL Department Employment Security | 5800-000 | 333.36 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $65,811.36 | $147,018.39 | $147,018.39 | $24,257.78 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Illinois Department of Revenue | 7100-000 | N/A | 1,072.58 | 1,072.58 | 0.00 |
| 2 | FIA CARD SERVICES, N.A. | 7100-000 | 8,505.00 | 8,505.08 | 8,505.08 | 0.00 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | 1,114.00 | 1,114.14 | 1,114.14 | 0.00 |
| 4 | FIA CARD SERVICES, N.A. | 7100-000 | 11,999.00 | 11,199.64 | 11,199.64 | 0.00 |
| 5 | FIA CARD SERVICES, N.A. | 7100-000 | 482.00 | 482.91 | 482.91 | 0.00 |
| 6 | FIA CARD SERVICES, N.A. | 7100-000 | 40,783.00 | 40,783.52 | 40,783.52 | 0.00 |
| 7 | Quantum3 Group LLC agt for World Financial Network Natl | 7100-000 | N/A | 952.53 | 952.53 | 0.00 |
| 8 | Quantum3 Group LLC agt for World Financial Network Natl | 7100-000 | 90.00 | 194.31 | 194.31 | 0.00 |
| 9 | American Express Centurion Bank | 7100-000 | 9,436.00 | 9,783.67 | 9,783.67 | 0.00 |
| 10U | Internal Revenue Service | 7100-000 | N/A | 17,264.08 | 17,264.08 | 0.00 |
| 11 | NORDSTROM fsb | 7100-000 | 2,929.00 | 2,968.43 | 2,968.43 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | Portfolio Recovery Associates, LLC | 7100-000 | 18,928.00 | 18,606.23 | 18,606.23 | 0.00 |
| 13U | Illinois Department of Revenue | 7100-000 | N/A | 276.70 | 276.70 | 0.00 |
| 14 | Capital One, N.A. (Bon Ton) | 7200-000 | N/A | 344.29 | 344.29 | 0.00 |
| 15 | Capital One, N.A. (Best Buy Co., Inc.) | 7200-000 | 1,880.00 | 1,930.62 | 1,930.62 | 0.00 |
| NOTFILED | Chase / BP | 7100-000 | 1,182.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB / The Gap | 7100-000 | 5,403.00 | N/A | N/A | 0.00 |
| NOTFILED | Target National Bank | 7100-000 | 8,781.00 | N/A | N/A | 0.00 |
| NOTFILED | Visa | 7100-000 | 821.00 | N/A | N/A | 0.00 |
| NOTFILED | Exxon Mobil | 7100-000 | 185.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 23,647.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Shell | 7100-000 | 99.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB/Dick's Sporting Goods | 7100-000 | 547.00 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage | 7100-000 | 149,000.00 | N/A | N/A | 0.00 |
| NOTFILED | US Dept of Education | 7100-000 | 26,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$311,811.00** | **$115,478.73** | **$115,478.73** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-12867  
**Case Name:** ZAIS, RONALD C.  
ZAIS, PAULETTE T.  
**Period Ending:** 05/26/13

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 03/29/11 (f)  
**§341(a) Meeting Date:** 05/09/11  
**Claims Bar Date:** 05/03/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single family home 2143 W. Warner Avenue, Chicag | 500,000.00 | 0.00 | | 0.00 | FA |
| 2 | Lakeside Bank Checking account # | 10.00 | 0.00 | | 0.00 | FA |
| 3 | Lakeside Bank Business checking account # | 305.00 | 0.00 | | 0.00 | FA |
| 4 | Chase Bank Checking account # | 60.00 | 0.00 | | 0.00 | FA |
| 5 | Shatkin Arbor, LLC Security deposit for line of | 50,000.00 | 0.00 | | 27,786.42 | FA |
| 6 | Miscellaneous household furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | Ordinary miscellaneous clothing | 750.00 | 0.00 | | 0.00 | FA |
| 8 | Term life insurance with Principal Company Wife | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 2002 Chevrolet Suburban | 7,125.00 | 0.00 | | 0.00 | FA |
| 10 | Household pet dog | 0.00 | 0.00 | | 0.00 | FA |
| 10 | **Assets   Totals** (Excluding unknown values) | **$559,750.00** | **$0.00** | | **$27,786.42** | **$0.00** |

**Major Activities Affecting Case Closing:**

Case review.

**Initial Projected Date Of Final Report (TFR):** December 31, 2017    **Current Projected Date Of Final Report (TFR):** March 15, 2013 (Actual)

Printed: 05/26/2013 09:11 PM    V.13.13

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 11-12867 | | **Trustee:** | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| **Case Name:** | ZAIS, RONALD C. | | **Bank Name:** | Rabobank, N.A. |
| | ZAIS, PAULETTE T. | | **Account:** | ****948066 - Checking Account |
| **Taxpayer ID #:** | **-***1047 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 05/26/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/26/13 | {5} | Rosenthal Collins Group, LLC | turnover of trading account equity for estate | 1129-000 | 27,786.42 | | 27,786.42 |
| 04/30/13 | 101 | DEBORAH K EBNER | Dividend paid 100.00% on $3,528.64, Trustee Compensation;  Reference: | 2100-000 | | 3,528.64 | 24,257.78 |
| 04/30/13 | 102 | Illinois Department of Revenue | Dividend paid  16.49% on $1,048.02; Claim# 1P; Filed: $1,048.02; Reference: | 5800-000 | | 172.92 | 24,084.86 |
| 04/30/13 | 103 | Internal Revenue Service | Dividend paid  16.49% on $143,202.54; Claim# 10P; Filed: $143,202.54; Reference: | 5800-000 | | 23,628.17 | 456.69 |
| 04/30/13 | 104 | Illinois Department of Revenue | Dividend paid  16.49% on $2,767.83; Claim# 13P; Filed: $2,767.83; Reference: | 5800-000 | | 456.69 | 0.00 |

| | | | ACCOUNT TOTALS | | 27,786.42 | 27,786.42 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 27,786.42 | 27,786.42 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$27,786.42** | **$27,786.42** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****948066** | 27,786.42 | 27,786.42 | 0.00 |
| | $27,786.42 | $27,786.42 | $0.00 |